UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:03-CR-64-01-F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| TEERAN TYRON GRESHAM, | ) | TO CORRECT RECORD |
| Defendant. | ) | |

The court, sua sponte, directs the Clerk of Court to supplement the Record on Appeal herein with the Amended Judgment (July 27, 2012), appended hereto as Exhibit A, necessitated by the inadvertent entry of an incorrect proposed Amended Order following remand from the Fourth Circuit Court of Appeals, docketed as [DE-98] herein. That is, the court acknowledges that current docket entry 98 is *not* the document intended to be filed, and DIRECTS the Clerk of Court to FILE AND DOCKET the appended Amended Order, Exhibit A, as a substitute for docket entry 98, mistakenly entered in this case.

The court further acknowledges that the matter again has been appealed. *See* [DE-100]. However, by substituting the appended Amended Judgment dated July 27, 2012, it is the court's intention to correct the record and to clarify the court's rationale.

SO ORDERED.

This the 27th day of July, 2012.

JAMES C. FOX
Senior United States District Judge